UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021
```

Jennifer Feliciano,

                Plaintiff,

–v–

Commissioner of the Social Security Administration,

                Defendant.

20-cv-11083 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In an Order dated January 15, 2021, the Court directed the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 8. The deadline to file either an executed consent form or a joint letter advising the Court that the parties do not consent was two weeks from the date on which Defendant noticed an appearance. *See id.* Counsel for Defendant filed a notice of appearance on February 9, 2021. Dkt. No. 11. However, the Court is not in receipt of either a consent form or joint letter. The parties are hereby ordered to file either an executed consent form or a joint letter, as described in the Court's January 15, 2021 Order, on or before March 21, 2021. The parties are advised that they are free to withhold consent without negative consequences. This Order does not alter the deadlines set forth in any of the Court's scheduling orders.

SO ORDERED.

Dated: March 4, 2021
       New York, New York

                                    ALISON J. NATHAN
                                  United States District Judge