**Olinsky Law Group**
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

November 12, 2021

*Document Electronically Filed*
Hon. Barbara C. Moses
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/21

        Re:    Feliciano v. Commissioner of Social Security
              Civil Action No: 1:20-cv-11083-BCM

Dear Judge Moses:

    This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to serve her Motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgment on the Pleadings is currently due on November 19, 2021. However, due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her Motion. Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to serve Plaintiff's Motion.

    If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **January 18, 2022**. Subsequently, in accordance with the pattern of the Scheduling Order (Dkt. No. 10), the Commissioner's response to the Motion for Judgment on the Pleadings would then be due **March 21, 2022**. Plaintiff's Reply would then be due **April 11, 2022**.

Thank you for your consideration.        Respectfully submitted,

                                              */s/ Howard D. Olinsky*
                                              Howard D. Olinsky, Esq.
                                              Bar Code H06529
                                              Counsel for Plaintiff

CC [via ECF]: Amanda Frances Parsels (Counsel for Defendant)

**SO ORDERED.**

Dated: 11/15/21 _____                       _____
      New York, NY                                   **Honorable Barbara C. Moses**
                                                     **U.S. Magistrate Judge**