

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER FELICIANO,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20-CV-11083 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On April 12, 2022, plaintiff's counsel filed a motion informing the Court that plaintiff Feliciano died on December 12, 2021, and requesting, with the Commissioner's consent, that this action be dismissed with prejudice. (Dkt. Nos. 31, 32.) The motion is GRANTED. This action is DISMISSED. The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York
       April 13, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**